**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000700
28-FEB-2023
10:43 AM
Dkt. 26 OAWST**

NO. CAAP-22-0000700

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PRINCEVILLE OCEAN RESORT VILLAS OWNERS ASSOCIATION,
Plaintiff-Appellee, v. PRINCEVILLE II COMMUNITY ASSOCIATION,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-19-0000018)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Chan, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal With Prejudice, filed February 6, 2023, by Defendant-Appellant Princeville II Community Association, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs, under Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, February 28, 2023.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge